# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 05 C 50217 | **DATE** | 12/21/2006 |
| **CASE TITLE** | Jacobson vs. Barnhart | | |

**DOCKET ENTRY TEXT:**

For the reasons set forth in the attached Memorandum Opinion and Order, the ALJ's decision to deny the Plaintiff benefits is sustained. Defendant's Motion for Summary Judgment is granted and Plaintiff's Motion for Summary Judgment on the administrative record and pleadings is denied.

*/s/ P. Michael Mahoney*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|